# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                  CASE NO.  3:96CR74/RV

MOSES MARSHALL

**REFERRAL AND ORDER**

Referred to Judge Vinson on   03/11/2009

Type of Motion/Pleading MOTION TO REDUCE SENTENCE PUSUANT TO 18 U.S.C. 3582(c)(2)

Filed by: Defendant       on 3/24/08     Doc. No. 598

(  ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                         on              Doc. No. 
                                         on              Doc. No. 

                                         WILLIAM M. McCOOL, CLERK OF COURT

                                         /s/ J. Marbut
                                         Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   11th   day of  March , 2009, that:

(a)   The requested relief is DENIED.

(b)   The Defendant is not eligible for a sentence reduction under Amendments 706 and 711.

(c)   The amendments do not affect the Defendant's sentencing guideline range.

                                           /s/ *Roger Vinson*
                                           ROGER VINSON
                                           SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket:                  By: 
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

                                           Document No.